**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JENNIFER SCARBOROUGH, as Executor of the Estate of Wyleek Tinsley, Deceased, | CIVIL ACTION NO. 25-2823 |
| *Plaintiff,* | |
| v. | |
| TOWNSHIP OF ABINGTON, et al., | |
| *Defendants.* | |

**ORDER**

**AND NOW**, this 27th day of February 2026, upon consideration of Plaintiff's Motion for Leave to Amend, (Dkt. No. 46), and Defendants' Response in Opposition, (Dkt. No. 48), it is **ORDERED** that the Motion is **GRANTED in part** and **DENIED in part**.

1. Plaintiff shall file an Amended Complaint, consistent with the accompanying Memorandum, by **Monday, March 2**.  Counsel should correct all spelling and typographical errors and remove internal draft notations.

2. If Defendants wish to file a motion to strike under Federal Rule of Civil Procedure 12(f), they must do so by **Wednesday, March 4**, and Plaintiff must file her response by **Friday, March 6**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.