IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JENNIFER SCARBOROUGH, as
Executor of the Estate of Wyleek Tinsley,
Deceased,

       *Plaintiff,*

     v.

TOWNSHIP OF ABINGTON, et al.,

       *Defendants.*

CIVIL ACTION
NO. 25-2823

## ORDER

**AND NOW**, this 27th day of April 2026, upon consideration of Defendants'

Motion for Summary Judgment and Statement of Facts, (Dkt. Nos. 60 & 61), Plaintiff's

Response in Opposition and Statement of Facts, (Dkt. Nos. 76 & 77), Defendants' Reply,

(Dkt. No. 84), the parties' supplemental briefing, (Dkt. Nos. 88, 91 & 94), and after

hearing oral argument, (Dkt. No. 86), it is **ORDERED** that:

1. Defendants' Motion for Summary Judgment is **GRANTED** and judgment is

    entered in favor of Defendants.

2. Defendants' Motion to Seal, (Dkt. No. 73), is **DENIED as moot**.

3. Defendants' Motion to Seal, (Dkt. No. 82), is **DENIED in part** for the reasons

    stated by the Court during oral argument.

4. Defendants shall file with the Clerk of Court exhibits with the minor girl's face

    and name redacted via blurring or muting as the Court instructed in its April 2

    Order at 2 n.2, (Dkt. No. 72), and in any other filing consistent with Federal Rule

    of Civil Procedure 5.2 (a).

5.  The Clerk of Court shall mark the case **CLOSED**.

BY THE COURT:

***/s/ Gerald J. Pappert***
Gerald J. Pappert, J.